UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| PETER J. BRUNO<br>  Plaintiff,<br>v.<br><br>MOUNTAINSIDE AT CROTCHED<br>MOUNTAIN CONDOMINIUM ASSOCIATION<br>ROGER K. LUBY AND PEAK RESORTS<br>INC., D/B/A CROTCHED MOUNTAIN<br>SKI AND RIDE AREA,<br><br>  Defendants | CIVIL NO.:1:15-cv-00366LM |

## STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal R. Civ. P. 41(a)(1)(A)(ii)(B) the Plaintiff, Peter J. Bruno and the Defendants, Mountainside At Crotched Mountain Condominium Association, Roger K. Luby and Peak Resorts, Inc., d/b/a Crotched Mountain Ski and Ride Area, hereby stipulate that the Plaintiff's action is to be dismissed as to all Defendants without prejudice, interest, costs expenses or attorneys' fees to any party.

| | |
|---|---|
| The Plaintiff,<br>Peter J. Bruno<br>By his attorneys, | The Defendants,<br>Mountainside At Crotched Mountain Condominium Association, Roger K. Luby and Peak Resorts, Inc., d/b/a Crotched Mountain Ski and Ride Area,<br>By its attorneys, |
| /s/ Patrick T. Jones<br>Patrick T. Jones, Esq. (#16242)<br>Ralph R. Liguori (Pro Hac Vice)<br>Jones Kelleher LLP<br>One Center Place<br>Providence, RI 02903<br>(401) 273-0800 (T)<br>(401) 273-0801 (F) | /s/ Thomas Quarles, Jr.<br>Thomas Quarles, Jr., Esq. (#2077)<br>Devine, Millimet & Branch, P.A.<br>111 Amherst Street<br>Manchester, NH 03101<br>(603) 669-1000 (T)<br>(603) 666-4288 (F) |

DATED: May 17, 2016

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Stipulation was sent, via ECF, on the 17th day of May 2016 to Thomas Quarles, Jr., Esq.

/s/ Patrick T. Jones